IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Zakirjan,** )<br>    **Detainee,** )<br>    **Guantánamo Bay Naval Station** )<br>    **Guantánamo Bay, Cuba;** )<br>)<br>**Abu Bakker Qassim,** )<br>)<br>    **as Next Friend of Zakirjan;** )<br>)<br>              **Petitioners/Plaintiffs,** )<br>)<br>)<br>)<br>    **v.** )<br>)<br>)<br>**GEORGE W. BUSH,** )<br>    **President of the United States** )<br>    **The White House** )<br>    **1600 Pennsylvania Ave., N.W.** )<br>    **Washington, D.C. 20500;** )<br>)<br>**DONALD RUMSFELD,** )<br>    **Secretary, United States** )<br>    **Department of Defense** )<br>    **1000 Defense Pentagon** )<br>    **Washington, D.C. 20301-1000;** )<br>)<br>**ARMY BRIG. GEN. JAY HOOD,** )<br>    **Commander, Joint Task Force - GTMO** )<br>    **JTF-GTMO** )<br>    **APO AE 09360; and** )<br>)<br>**ARMY COL. MIKE BUMGARNER,** )<br>    **Commander, Joint Detention** )<br>        **Operations Group - JTF-GTMO,** )<br>    **JTF-GTMO** )<br>    **APO AE 09360,** )<br>)<br>              **Respondents/Defendants.** ) | **CERTIFICATE OF SERVICE**<br><br>No.  05cv2053 |

I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney for Cleary Gottlieb Steen & Hamilton LLP hereby certify that:

1. On October 20, 2005, a true copy of the Petition for Writ of Habeas Corpus, dated October 17, 2005 was served by Certified Mail, Return Receipt Requested, Certified Mail and by hand, as indicated, upon:

**VIA CERTIFIED MAIL
RETURN RECEIPT REQUESTED**

Alberto R. Gonzales
Attorney General of the United States
U.S. Department of Justice
Robert F. Kennedy Building
Tenth Street & Constitution Ave., NW
Room 5111
Washington, DC 20530

**VIA CERTIFIED MAIL
RETURN RECEIPT REQUESTED**

George W. Bush
President, United States of America
The White House
1600 Pennsylvania Avenue, NW
Washington, DC 20301-1000

**VIA CERTIFIED MAIL
RETURN RECEIPT REQUESTED**

Donald Rumsfeld
Secretary, United States Dep't of Defense
1000 Defense Pentagon
Washington, DC 20301-1000

**VIA CERTIFIED MAIL
RETURN RECEIPT REQUESTED**

Army Brig. Gen. J. Hood
Commander, Joint Task Force-GTMO
JTF-GTMO
APO AE 09360

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Army Col. M. Bumgarner
Commander, JDOG
JTF-GTMO
APO AE 09360

**VIA CERTIFIED MAIL**

Army Col. M. Bumgarner
United States Army
Army Pentagon
Washington, DC 20310-0200

**VIA CERTIFIED MAIL**

Army Brig. Gen. J. Hood
United States Army
Army Pentagon
Washington, DC 20310-0200

**BY HAND**

Kenneth L. Wainstein
U. S. Attorney
District of Columbia District
Judiciary Center
555 4th Street, N.W.
Washington, DC 20530


Dated:  New York, New York
        October 20, 2005

                                        s/Richard V. Conza
                                        Richard V. Conza

3