IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------------------- X

ZAKIRJAN,

        Detainee,
        Guantánamo Bay Naval Station,
        Guantánamo Bay, Cuba;

        Petitioner/Plaintiff,

- against -

GEORGE W. BUSH, et al.,

        Respondents/Defendants.

---------------------------------------------------------------------- X

Civil Action No. 05-2053

CERTIFICATE OF SERVICE

        I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney for Cleary Gottlieb Steen & Hamilton LLP hereby certify that:

        1. On October 26, 2005, a true copy of the October 14, 2005 Declaration of Sabin Willett in Support of Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief was served by hand, Certified Mail, Return Receipt Requested and by e-mail, as indicated, upon:

**BY HAND**

        Kenneth L. Wainstein
        U. S. Attorney
        District of Columbia District
        Judiciary Center
        555 4th Street, N.W.
        Washington, DC 20530

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Alberto R. Gonzales
Attorney General of the United States
U.S. Department of Justice
Robert F. Kennedy Building
Tenth Street & Constitution Ave., NW
Room 5111
Washington, DC 20530

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

George W. Bush
President, United States of America
The White House
1600 Pennsylvania Avenue, NW
Washington, DC 20301-1000

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Donald Rumsfeld
Secretary, United States Dep't of Defense
1000 Defense Pentagon
Washington, DC 20301-1000

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Army Brig. Gen. J. Hood
Commander, Joint Task Force-GTMO
JTF-GTMO
APO AE 09360

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Army Col. Mike Bumgarner
Commander, JDOG
JTF-GTMO
APO AE 09360

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Army Col. Mike Bumgarner
Commander, JDOG
United States Army
Army Pentagon
Washington, DC 20310-0200

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Army Brig. Gen. J. Hood
Commander, Joint Task Force-GTMO
United States Army
Army Pentagon
Washington, DC 20310-0200

**VIA E-MAIL**

andrew.Warden@usdoj.gov
terry.henry@usdoj.gov

Dated: New York, New York
       October 27, 2005

                                      /s/Richard V. Conza
                                        Richard V. Conza