IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------------------- X

ZAKIRJAN,

        Detainee,
        Guantánamo Bay Naval Station,
        Guantánamo Bay, Cuba;

                Petitioner/Plaintiff,

                - against -

GEORGE W. BUSH, et al.,

                Respondents/Defendants.

---------------------------------------------------------------------- X

Civil Action No. 05-2053

**CERTIFICATE OF SERVICE**

        I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney for Cleary Gottlieb Steen & Hamilton LLP hereby certify that:

        1.  On October 28, 2005, a true copy of the Motion for Order Requiring Respondents to Provide Counsel Respondents to Provide Counsel for Petitioner and the Court with 30-Days' Advance Notice of Any Intended Removal of Petitioner from Guantánamo, dated October 28, 2005 and including Exhibit A was served by hand, Certified Mail, Return Receipt Requested and by e-mail, as indicated, upon:

                **BY HAND**

                Kenneth L. Wainstein
                U. S. Attorney
                District of Columbia District
                Judiciary Center
                555 4th Street, N.W.
                Washington, DC 20530

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
Alberto R. Gonzales
Attorney General of the United States
U.S. Department of Justice
Robert F. Kennedy Building
Tenth Street & Constitution Ave., NW
Room 5111
Washington, DC 20530

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
George W. Bush
President, United States of America
The White House
1600 Pennsylvania Avenue, NW
Washington, DC 20301-1000

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
Donald Rumsfeld
Secretary, United States Dep't of Defense
1000 Defense Pentagon
Washington, DC 20301-1000

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
Army Brig. Gen. J. Hood
Commander, Joint Task Force-GTMO
JTF-GTMO
APO AE 09360

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
Army Col. M. Bumgarner
Commander, JDOG
JTF-GTMO
APO AE 09360

**VIA CERTIFIED MAIL**
Army Col. M. Bumgarner
United States Army
Army Pentagon
Washington, DC 20310-0200

**VIA CERTIFIED MAIL**
Army Brig. Gen. J. Hood
United States Army
Army Pentagon
Washington, DC 20310-0200

**VIA E-MAIL**

andrew.Warden@usdoj.gov
terry.henry@usdoj.gov

Dated:  New York, New York
        October 31, 2005

                                                s/Richard V. Conza
                                                Richard V. Conza