

"Andrew.Warden@usdoj.gov" <Andrew.Warden@usdoj.gov>

11/02/2005 10:02 AM

To "CMoore@cgsh.com" <CMoore@cgsh.com>
cc
bcc
Subject RE: Zakirjan (05 cv 2053)

Chris,

We cannot agree to provide advance notice of transfer between now and the court's ruling on the motion for preliminary injunction. But we know of no reason why the motion cannot be decided on the traditional preliminary injunction schedule.

Regards,

Andrew

-----Original Message-----
From: CMoore@cgsh.com [mailto:CMoore@cgsh.com]
Sent: Tuesday, November 01, 2005 5:32 PM
To: Warden, Andrew (CIV)
Subject: RE: Zakirjan (05 cv 2053)

Andrew,

Thanks for getting back to me. I understand that the government will not agree not to transfer Petitioner Zakirjan pending the Court's ruling on the motion for preliminary injunction. Will you agree to provide us with advance notice of any intended transfer between now and the Court's ruling?

Regards,
Chris

_____
Christopher Moore
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Tel.:  212-225-2868
Fax:   212-225-3999




"Andrew.Warden@usdoj.gov" <Andrew.Warden@usdoj.gov>
11/01/2005 03:09 PM

To
"CMoore@cgsh.com" <CMoore@cgsh.com>
cc

Subject
RE: Zakirjan (05 cv 2053)

Chris,

We cannot agree not to transfer petitioner until the court rules on the pending motion for preliminary injunction, but we know of no reason why this matter cannot be decided on a regular preliminary injunction schedule.

Regards,

Andrew

Andrew I. Warden
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 6120
Washington, DC 20530
Tel: 202.616.5084


-----Original Message-----
From: CMoore@cgsh.com [mailto:CMoore@cgsh.com]
Sent: Friday, October 28, 2005 5:21 PM
To: Warden, Andrew (CIV)
Cc: Henry, Terry (CIV)
Subject: Zakirjan (05 cv 2053)

Andrew,

Please find attached a copy of the motion for an order requiring 30 Days' advance notice for any intended removal of Petitioner from Guantanamo, which will be filed electronically shortly.  Please advise whether the government will agree not to transfer Petitioner Zakirjan from Guantanamo pending the Court's ruling on this motion.

Please do not hesitate to contact me should you have any questions.

Regards,
Chris Moore



_____
Christopher Moore
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Tel.:  212-225-2868
Fax:   212-225-3999

This message is being sent from a law firm and may contain confidential or privileged information.  If you are not the intended recipient, please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy.


This message is being sent from a law firm and may contain confidential or privileged information.  If you are not the intended recipient, please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy.