IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------------------- X
: 
ZAKIRJAN, :
: Civil Action No. 05-2053
      Detainee, :
      Guantánamo Bay Naval Station, : CERTIFICATE OF
      Guantánamo Bay, Cuba; : SERVICE
:
      Petitioner/Plaintiff, :
:
      - against - :
:
GEORGE W. BUSH, et al., :
:
      Respondents/Defendants. :
:
---------------------------------------------------------------------- X

      I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney for Cleary Gottlieb Steen & Hamilton LLP hereby certify that:

      1. On November 3, 2005, a true copy of the Petitioner's Motion for Temporary Restraining Order to Prevent Respondents from Removing Petitioner from Guantánamo until Petitioner's Motion for Preliminary Injunction is Decided, dated November 3, 2005, the [Proposed] Temporary Restraining Order, the Certificate of Counsel Required by LCvR 65.1, dated November 3, 2005, the Motion for Order Requiring Respondents to Provide Counsel for Petitioner and the Court with 30-Days' Advance Notice of Any Intended Removal of Petitioner from Guantánamo, dated October 28, 2005 and including Exhibit A and the Declaration of Christopher P. Moore in Support of Motion for Temporary Restraining Order to Prevent Respondents from Removing Petitioner from Guantánamo until Petitioner's Motion for Preliminary Injunction is Decided, dated November 3, 2005 was served by hand, Certified Mail, Return Receipt Requested and by e-mail, as indicated, upon:

**BY HAND**

Kenneth L. Wainstein
U. S. Attorney
District of Columbia District
Judiciary Center
555 4th Street, N.W.
Washington, DC 20530

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
Alberto R. Gonzales
Attorney General of the United States
U.S. Department of Justice
Robert F. Kennedy Building
Tenth Street & Constitution Ave., NW
Room 5111
Washington, DC 20530

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
George W. Bush
President, United States of America
The White House
1600 Pennsylvania Avenue, NW
Washington, DC 20301-1000

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
Donald Rumsfeld
Secretary, United States Dep't of Defense
1000 Defense Pentagon
Washington, DC 20301-1000

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
Army Brig. Gen. J. Hood
Commander, Joint Task Force-GTMO
JTF-GTMO
APO AE 09360

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
Army Col. M. Bumgarner
Commander, JDOG
JTF-GTMO
APO AE 09360

**VIA CERTIFIED MAIL**
Army Col. M. Bumgarner
United States Army
Army Pentagon
Washington, DC 20310-0200

**VIA CERTIFIED MAIL**
Army Brig. Gen. J. Hood
United States Army
Army Pentagon
Washington, DC 20310-0200

**VIA E-MAIL**

andrew.Warden@usdoj.gov
terry.henry@usdoj.gov

Dated: New York, New York
       November 4, 2005

                                   s/Richard V. Conza
                                    Richard V. Conza