# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| |
|---|
| ZAKIRJAN, et al.,<br><br>                 Petitioners<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br><br>                 Respondents. |

Civil Action No. 05-2053 (HHK)

## ORDER

Presently before the court is petitioner's motion for a temporary restraining order to prevent respondents from removing him from Guantánamo Bay Naval Base until his motion for preliminary injunction is decided (#8). Upon consideration of the motion, the opposition thereto, and the record of this case, it is this 7th day of November, 2005, hereby

**ORDERED,** that petitioners' motion is **GRANTED**; and it is further

**ORDERED,** that respondents shall not remove petitioner from Guantánamo Bay Naval Base until petitioner's motion for preliminary injunction is decided unless such removal is for the purpose of releasing petitioner from detention.

Henry H. Kennedy, Jr.
United States District Judge