UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

------------------------------------------------------------------------ X
: 
ZAKIRJAN, :
      Detainee, :  Case No. 05 Cv 2053 (HHK)
      Guantánamo Bay Naval Station, :
      Gunatánamo Bay, Cuba; :
: CERTIFICATE OF
ABU BAKKER QASSIM, : SERVICE
      as Next Friend of Zakirjan; :
:
               Petitioners/Plaintiffs, :
:
                  - against - :
:
GEORGE W. BUSH, et al., :
:
               Respondents/Defendants. :
:
------------------------------------------------------------------------ X

      I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney for Cleary Gottlieb Steen & Hamilton LLP hereby certify that:

      On November 10, 2005, a true copy of Petitioner's Reply Memorandum in Support of Motion for Order Requiring Respondents to Provide Counsel for Petitioner and the Court with 30-Days' Advance Notice of any Intended Removal of Petitioner from Guantanamo with Proposed Order was served by First Class Mail and by e-mail, as indicated, upon:

**BY FIRST CLASS MAIL**

      Kenneth L. Wainstein
      U. S. Attorney
      District of Columbia District
      Judiciary Center
      555 4th Street, N.W.
      Washington, DC 20530

**VIA E-MAIL**

andrew.warden@usdoj.gov
terry.henry@usdoj.gov
Robert.katerberg@usdoj.gov

Dated: New York, New York
November 14, 2005

                                                s/Richard V. Conza
                                                 Richard V. Conza