## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ZAKIRJAN,**<br>      **Detainee,**<br><br>**ABU BAKKER QASSIM,**<br>      **as Next Friend of Zakirjan,**<br><br>      **Petitioners/Plaintiffs,**<br><br>      **v.**<br><br>**GEORGE W. BUSH, et al.,**<br><br>      **Defendants.** | **Civil Action 05-02053 (HHK)** |

### O R D E R

Local Civil Rule 40.6(a) permits the judges of this Court to "transfer directly all or part of any case on the judge's docket to any consenting judge." LCvR 40.6(a). In order to efficiently resolve the issues raised in respondents' Motion for Order to Show Cause Why Case Should Not Be Dismissed for Lack of Proper "Next Friend" Standing or, in the Alternative, to Stay Proceedings Pending Related Appeals (#14), the motion is transferred to Judge Louis F. Oberdorfer, with his consent, for consideration and decision.

**SO ORDERED**.

Henry H. Kennedy, Jr.
United States District Judge

Dated: November 21, 2006