UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZAKIRJAN,<br>    Detainee,<br><br>ABU BAKKER QASSIM,<br>    as Next Friend of Zakirjan,<br><br>            Petitioners<br><br>        v.<br><br>GEORGE W. BUSH, et al.,<br><br>            Respondents. | Civil Action 05-02053 (HHK) |

**ORDER**

Before the court is petitioners' "Motion For Order Requiring Respondents to Provide Counsel For Petitioner and The Court With 30-Days' Advance Notice of Any Intended Removal of Petitioner from Guantánamo" (Dkt. # 5). Upon consideration of the motion, the opposition thereto, and the record of this case, the court concludes that the motion should be granted for the reasons stated by this court in *Abdah v. Bush*, 2005 WL 711814 (D.D.C. Mar. 29, 2005) and *Al-Joudi v. Bush*, 2005 WL 774847 (D.D.C. Apr. 4, 2005). Accordingly, it is this 21st day of November, 2005, hereby

**ORDERED,** that petitioners' motion is **GRANTED**; and it is further

**ORDERED,** that respondents shall provide petitioners' counsel and the court with 30 days' notice prior to transporting or removing petitioner from Guantánamo Bay Naval Base, unless such transportation or removal is for the purpose of releasing petitioner Zakirjan from detention.

Henry H. Kennedy, Jr.<br>
United States District Judge