# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

ZAKIRJAN, *et al.*,

      Petitioner/Plaintiff,

v.

GEORGE W. BUSH, *et al.*,

      Respondents/Defendants.

Case No. 05 Cv 2053 (HHK) (LFO)

---

## DECLARATION OF LIA MONAHON IN SUPPORT OF PETITIONER'S OPPOSITION TO RESPONDENTS' MOTION FOR ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR LACK OF PROPER "NEXT FRIEND" STANDING OR, IN THE ALTERNATIVE, TO STAY PROCEEDINGS

Pursuant to 28 U.S.C. § 1746, Lia Monahon declares as follows:

1.      I am a member of the Bar of the State of New York and an associate of Cleary Gottlieb Steen & Hamilton LLP, counsel for Petitioner.

2.      I submit this declaration in support of Petitioner's Opposition to Respondents' Motion for Order to Show Cause Why Case Should Not Be Dismissed for Lack of Proper "Next Friend" Standing or, in the Alternative, to Stay Proceedings ("Opposition Motion").

3.      I attach true and accurate copies of the following documents as Exhibits 1 through 4:

| Exhibit | Document |
| --- | --- |
| 1. | Order, dated November 21, 2005, transferring Respondents' Motion To Show Cause Why Case Should Not Be Dismissed For Lack Of Proper "Next Friend" Standing Or, In The Alternative, To Stay Proceedings Pending Related Appeals to Judge Louis F. Oberdorfer |

2.        Email exchange between Mr. Moore and Mr. Warden, dated November 14, 2005 and November 18, 2005

3.        Respondents' Motion For Order To Show Cause Why Case Should Not Be Dismissed For Lack Of Proper "Next Friend" Standing Or, In The Alternative, To Stay Proceedings Pending Related Appeals, dated November 18, 2005

4.        Motion To Dismiss Petition For Write Of Habeas Corpus Or, In The Alternative, To Stay Proceedings Pending Related Appeals And Memorandum In Support, John Does 1-570 v. Bush, No. 05-CV-0313 (CKK) (D.D.C.), dated March 17, 2005

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 2, 2005, in New York, New York.


                                        _____/s/_____

                                        LIA MONAHON