UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| ZAKIRJAN, *et al.,*<br><br>　　　Petitioners/Plaintiffs,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>　　　Respondents/Defendants. | Case No. 05 Cv 2053 (HHK) (AK) |

### DECLARATION OF CHRISTOPHER P. MOORE IN SUPPORT OF PETITIONER'S MOTION FOR EXPEDITED ENTRY OF PROTECTIVE ORDERS AND ORDER GRANTING PETITIONER IMMEDIATE ACCESS TO COUNSEL BY TELEPHONE

Pursuant to 28 U.S.C. § 1746, Christopher P. Moore declares as follows:

1.　　I am a member of the Bar of the United States District Court for the Southern District of New York and an associate of Cleary Gottlieb Steen & Hamilton LLP, counsel for Petitioner.

2.　　I submit this declaration in support of Petitioner's motion for expedited entry of protective orders and order granting Petitioner immediate access to counsel by telephone.

3.　　On November 3, 2005, Respondents conceded for the first time that Petitioner Zakirjan is not an enemy combatant, and should therefore be released.  See Respondents' Memorandum In Opposition To Petitioner's Motions For Temporary Restraining Order And Preliminary Injunction Barring Transfer Or Release Or Requiring Advance Notice Of Transfer Or Release at 3 (attached hereto as Exhibit 1).

4.　　In light of Respondents' recognition that Petitioner Zakirjan is not an enemy combatant, on Monday November 14, 2005, I sent an email to Andrew Warden, counsel

to Respondents, requesting a telephone meeting with Mr. Zakirjan. Mr. Warden did not respond. See Exhibit 2. Accordingly, on Friday November 18, 2005, I left a voice mail for, and sent a second email to, Mr. Warden, again requesting a telephone meeting with Mr. Zakirjan, noting that I was aware that Respondents had permitted telephone meetings between other non-enemy combatants and their counsel. See id.

     5.     At approximately 6:00 p.m. on Friday November 18, 2005, Mr. Warden sent an email to me stating that Respondents were going to file a motion for an order to show cause why the Zakirjan case should not be dismissed for lack of "next friend" standing, and that Respondents would not therefore consent to a telephone meeting between Mr. Zakirjan and his pro bono counsel. See id.

     6.     I attach true and correct copies of the following documents as Exhibits 1 through 11:

| Exhibit | Document |
|---|---|
| 1. | Memorandum for the Secretary of the Navy, dated July 7, 2004. |
| 2. | Amended Protective Order And Procedures For Counsel Access To Detainees At The United States Naval Base In Guantanamo Bay, Cuba, dated Nov. 8, 2004. |
| 3. | Order Addressing Designation Procedures For "Protected Information," dated Nov. 10, 2004. |
| 4. | Order Supplementing And Amending Filing Procedures Contained In November 8, 2004 Amended Protective Order, dated Dec. 13, 2004. |
| 5. | Transcript of Status Conference, Qassim v. Bush, 05CV-497 (Aug. 25, 2005). |
| 6. | Petitioners' Motion For An Order Amending Access Procedures Pertaining To Non-Enemy Combatants, Qassim v. Bush, 05-CV-0497 (Nov. 2, 2005). |

7. Declaration Of Susan Baker Manning In Support Of Motion To Amend Access Procedures For Non-Enemy Combatant Detainees, including exhibits attached thereto, <u>Qassim v. Bush</u>, 05-CV-0497 (Nov. 2, 2005).

8. Respondents' Memorandum In Opposition To Petitioner's Motions For Temporary Restraining Order And Preliminary Injunction Barring Transfer Or Release Or Requiring Advance Notice Of Transfer Or Release, dated Nov. 3, 2005.

9. Respondents' Opposition To Petitioner's Motion For An Order Amending Access Procedures Pertaining To Non-Enemy Combatants, <u>Qassim v. Bush</u>, 05-CV-0497 (Nov. 14, 2005).

10. Email exchange between Mr. Moore and Mr. Warden, dated November 14, 2005 and Nov. 18, 2005.

11. Petitioner's Reply In Support Of Motion For An Order Amending Access Procedures Pertaining To Non-Enemy Combatants, <u>Qassim v. Bush</u>, 05-CV-0497 (Nov. 21, 2005).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 2, 2005, in New York, New York.

                                                                                     /s/
                                                                       CHRISTOPHER P. MOORE