# EXHIBIT 10

**"Andrew.Warden@usdoj.gov" <Andrew.Warden@usdoj.gov>**

11/18/2005 05:56 PM

To   "CMoore@cgsh.com" <CMoore@cgsh.com>
cc
Subject   RE: Zakirjan (05 cv 2053)

Chris,

Today we are filing a motion for an order to show cause why the Zakirjan case should not be dismissed for lack of proper next friend standing.  In light of our motion, which challenges the jurisdictional basis for the petition, we cannot consent to your request for a telephone meeting with petitioner.

Regards,

Andrew

Andrew I. Warden
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 6120
Washington, DC 20530
Tel: 202.616.5084

-----Original Message-----
From: CMoore@cgsh.com [mailto:CMoore@cgsh.com]
Sent: Friday, November 18, 2005 5:42 PM
To: Warden, Andrew (CIV)
Subject: Fw: Zakirjan (05 cv 2053)

Andrew,

Further to my email below and the voice mail I left for you earlier today, please let me know as soon as possible if the government will agree to let us speak with our client.  Given the government's position that he is not an enemy combatant and should be released, I fail to see any possible basis for denying such a request.  Indeed, the court has already permitted telephone calls between non-enemy combatants and their counsel in other related matters.

Please call me on Monday to discuss.  If at all possible, I would prefer to avoid unnecessary motion practice.

Best regards,
Chris

_____
Christopher Moore
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Tel.:  212-225-2868
Fax:  212-225-3999

----- Forwarded by Christopher Moore/NY/Cgsh on 11/18/2005 05:33 PM -----

Christopher Moore/NY/Cgsh
11/14/2005 03:01 PM

To
"Andrew.Warden@usdoj.gov" <Andrew.Warden@usdoj.gov> cc

Subject
Zakirjan (05 cv 2053)

Andrew,

In light of the government's recognition that Zakirjan is not an enemy combatant and should be released, we would like to arrange a telephone meeting with him as soon as possible.  Please let me know at your earliest convenience if the government will consent to such a meeting and, if so, whom I should contact to make the necessary arrangements.

Thanks,
Chris

_____
Christopher Moore
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Tel.:  212-225-2868
Fax:   212-225-3999

This message is being sent from a law firm and may contain confidential or privileged information.  If you are not the intended recipient, please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy.