UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ZAKIRJAN, *et al.*, <br><br> Petitioners, <br><br> v. <br><br> GEORGE W. BUSH, *et al.*, <br><br> Respondents. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 05-2053 (HHK) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

Currently pending in the above-captioned case is Respondents' Motion for Order to Show Cause Why Case Should Not Be Dismissed for Lack of Proper "Next Friend" Standing, or, in the Alternative, to Stay Proceedings. This Motion has been assigned to the undersigned pursuant to Local Civil Rule 40.6(a). See Nov. 21, 2005 Order.

Zakirjan and Abu Bakker Qassim, Zakirjan's putative next friend, are detainees at Guantanamo Bay Naval Base. Qassim is represented directly by Susan Baker Manning, counsel at Bingham McCutchen LLP. On November 14 and November 16, 2005, Manning visited Qassim (and other clients) at Guantanamo Bay. See Declaration of Susan Baker Manning (Dec. 2, 2005) ¶ 5. During this visit she also spoke with Zakirjan directly on at least two occasions. Id. ¶ 6. The guards at Guantanamo Bay "were fully away of these conversations and made no effort to intervene." Id. Zakirjan made it clear during these conversations that he wanted to be represented directly by counsel, and he was "anxious to meet with his attorney, Chris Moore" of Cleary Gottlieb Steen & Hamilton LLP. Id. ¶ 10.

Based on Manning's sworn statement regarding her conversations with Zakirjan, he has

authorized Moore to represent him directly. In this light, Respondents' Motion to Show Cause is moot.

Accordingly, it is this 6th day of December, 2005, hereby:

ORDERED: that Respondents' Motion for Order to Show Cause Why Case Should Not Be Dismissed for Lack of Proper "Next Friend" Standing, or, in the Alternative, to Stay Proceedings [dkt no. 14] is DISMISSED as moot.

/s/

Louis F. Oberdorfer
UNITED STATES DISTRICT JUDGE