UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

ZAKIRJAN,

    Petitioner/Plaintiff,

v.

GEORGE W. BUSH, *et al.*,

    Respondents/Defendants.

Case No. 1:05-cv-02053-HHK

**PETITIONER'S EMERGENCY MOTION FOR
IMMEDIATE RELEASE AND/OR PRODUCTION OF THE BODY**

    Petitioner Zakirjan (hereinafter "Petitioner") respectfully requests that the Court (i) issue an order requiring Respondents to release Petitioner, a man whom all agree is <u>not</u> an enemy combatant, and/or (ii) issue an order requiring Respondents to transfer Petitioner to Washington D.C. until such time as a suitable destination country for Petitioner can be determined.  Respondents admit that Petitioner was exonerated by the Government's own Combatant Status Review Tribunal ("CSRT") procedure and yet continue to detain him against his will in the Government's prison in Guantanamo Bay, Cuba ("Guantánamo").  As grounds for this motion, Petitioner relies on the jointly filed Memorandum of Law, and says:

    1.    The Government on November 3, 2005 for the first time admitted that the Petitioner is not an "enemy combatant."  In light of this admission, there is no legal basis for detention.

    2.    Petitioner continues to be held at the detention facility at the United States Naval Base at Guantánamo.

1

3. On information and belief, the CSRT finding was made many months (if not several years) ago, and yet the Petitioner continues to be imprisoned.

4. Upon information and belief, proposed legislation is pending, and may pass within days, which would purport to remove from this Court jurisdiction to hear Petitioner's claim (which jurisdiction is currently undisputed).

**5. Pursuant to Local Civil Rule 7(f), Petitioner requests a hearing on this motion.**

WHEREFORE Petitioner requests that:

A. The Court immediately issue a writ of habeas corpus and thereafter direct the Government to release the Petitioner; or alternatively, grant interim release;

B. The Court immediately issue an order requiring Respondents to transfer Petitioner to Washington, D.C. pending the determination of a suitable destination country for Petitioner;

C. The Court convene a hearing as soon as possible to address any practical issues arising from the release of Petitioner;

D. The Court grant Petitioner such other and further relief as may be just and proper.

Dated:   December 16, 2005                Respectfully submitted,

Counsel for Petitioners:

CLEARY GOTTLIEB STEEN & HAMILTON LLP


By:_____
        Jonathan I. Blackman

One Liberty Plaza
New York, New York 10006
(212) 225-2000

Of Counsel:
   Christopher P. Moore
   John Van Sickle


CENTER FOR CONSTITUTIONAL RIGHTS
By:   Barbara Olshansky (NY0057)
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499