UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| ZAKIRJAN, *et al.,*<br><br>　　Petitioners/Plaintiffs,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>　　Respondents/Defendants. | Case No. 05 Cv 2053 (HHK) |

**DECLARATION OF CHRISTOPHER P. MOORE
IN SUPPORT OF PETITIONER'S EMERGENCY MOTION FOR
<u>IMMEDIATE RELEASE AND/OR PRODUCTION OF THE BODY</u>**

Pursuant to 28 U.S.C. § 1746, Christopher P. Moore declares as follows:

1.　I am a member of the Bar of the United States District Court for the Southern District of New York and an associate of Cleary Gottlieb Steen & Hamilton LLP, counsel for Petitioner.

2.　I submit this declaration in support of Petitioner's Emergency Motion for Immediate Release and/or Production of the Body.

3.　I attach hereto as Exhibit 1 a true and correct copy of the Transcript of Status Conference Before the Honorable James Robertson, <u>Qassim v. Bush</u>, 05CV-0497 (Dec. 12, 2005).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 16, 2005, in New York, New York.

　　　　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　　CHRISTOPHER P. MOORE