UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| ZAKIRJAN,<br><br>    Petitioner/Plaintiff,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>    Respondents/Defendants. | Case No. 05 Cv 2053 (HHK) |

**DECLARATION OF CHRISTOPHER P. MOORE
IN SUPPORT OF PETITIONER'S UNOPPOSED
<u>MOTION FOR EXPEDITED ENTRY OF PROTECTIVE ORDERS</u>**

Pursuant to 28 U.S.C. § 1746, Christopher P. Moore declares as follows:

1. I am a member of the Bar of the United States District Court for the Southern District of New York and an associate of Cleary Gottlieb Steen & Hamilton LLP, counsel for Petitioner.

2. I submit this declaration in support of Petitioner's unopposed motion for expedited entry of the protective orders previously entered by Judge Green in <u>In re Guantánamo Bay Detainee Cases</u>, 344 F. Supp. 2d 174 (D.D.C. 2004).

3. On December 30, 2005, I learned for the first time that Petitioner Zakirjan and five other non-enemy combatants detained in Camp Iguana began a hunger strike on December 27, 2005. Upon learning of the hunger strike, I called Andrew Warden, counsel for Respondents, and requested, among other things, immediate access to Petitioner by telephone. I raised this issue with Mr. Warden again on January 5, 2006, and January 6, 2006.

4. On January 6, 2006, Mr. Warden sent an email to me stating that Respondents "anticipate that arrangements can be made for a phone call between Ms. Gutierrez

2

[one of Petitioner's attorneys who has obtained security clearance] and Mr. Zakirjan" but that "before any call can take place, we'll need to have the Court enter the November 8, 2005 Amended Protective Order [entered by Judge Green in <u>In re Guantánamo Bay Detainee Cases</u>]." A true and correct copy of that email is attached hereto as Exhibit A.

      I declare under penalty of perjury that the foregoing is true and correct.

      Executed on January 10, 2006, in New York, New York.

                                                    /s/
                                     CHRISTOPHER P. MOORE