

"Andrew.Warden@usdoj.gov" <Andrew.Warden@usdoj.gov>

01/06/2006 06:25 PM

To "CMoore@cgsh.com" <CMoore@cgsh.com>
cc
bcc
Subject Zakirjan GTMO Phone Call

Chris,

Following up on our phone call this afternoon, we have forwarded your request for a phone call between Mr. Zakirjan and your co-counsel, Ms. Gutierrez, to our clients. Consistent with prior requests for phone call between habeas counsel and NLECs, we anticipate that arrangements can be made for a phone call between Ms. Gutierrez and Mr. Zakirjan. Also consistent with prior practice, any such call will take place over an unsecured telephone line, thus a member of the DoD Privilege Team will be on the line to guard against discussion of classified information. Please be aware that arranging phone calls between counsel and detainees requires logistical coordination among various personnel at DoD and GTMO, including moving the detainee to an appropriate secure location where a phone is available. It is unlikely that the phone call will take place next week given the Muslim holiday of Eid al Adha and previously scheduled military commission hearings, but I'll be back in touch once we have firm dates to propose.

As we discussed, before any call can take place, we'll need to have the Court enter the November 8, 2005 Amended Protective Order. Also, Ms. Gutierrez will have to sign and execute a Memorandum of Understanding, consistent with the protective order.

Finally, please let me know what language would be spoken on the call and whether you intend to use an interpreter.

Regards,

Andrew

Andrew I. Warden
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 6120
Washington, DC 20530
Tel: 202.616.5084