UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZAKIRJAN, et al.,<br><br>    Petitioners<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br><br>    Respondents. | Civil Action No. 05-2053 (HHK) |

# ORDER

Presently before the court are petitioners' "Motion for Expedited Entry of Protective Orders and Order Granting Petitioner Immediate Access to Counsel by Telephone, " (Dkt. #22) and "Unopposed Motion for Expedited Entry of Protective Order" (Dkt. # 35). Upon consideration of the motions, the oppositions thereto, and the record of this case, it is this 12th day of January, 2006, hereby

**ORDERED,** that petitioners' "Unopposed Motion for Expedited Entry of Protective Order" (Dkt. # 35) is **GRANTED**; and it is further

**ORDERED**, that petitioners' "Motion for Expedited Entry of Protective Orders and Order Granting Petitioner Immediate Access to Counsel by Telephone" (Dkt. #22) is **GRANTED** with respect to the motion for an entry of a protective order, and **DENIED** without prejudice with respect to any other relief sought by the motion, and it is further

**ORDERED,** that the following orders, entered in *In re Guantanamo Detainee Cases*, Civ. Nos. 02-0299, 02-0828, 02-1130, 04-1135, 04-1136, 04-1137, 04-1144, 04-1164, 04-1194, 04-1227, 04-1254, 04-1897, (D.D.C., J. Green), are hereby incorporated by reference:

"Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba," dated November 8, 2004, (Christopher P. Moore ("Moore") Decl., Ex. 2); "Order Addressing Designation Procedures for 'Protected Information,'" dated November 10, 2004, (Moore Decl., Ex. 3); and "Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order," dated December 13, 2004, (Moore Decl., Ex. 4).

                                                      Henry H. Kennedy, Jr.
                                                      United States District Judge