UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

ZAKIRJAN,

    Petitioner/Plaintiff,

v.

GEORGE W. BUSH, *et al.*,

    Respondents/Defendants.

Case No. 05 cv 2053  (HHK)

## NOTICE OF APPEARANCE

The attorneys and law firm identified below hereby give notice of their appearance in this case on behalf of Petitioner Zakirjan.  This notice is not intended to affect the appearances of any other attorneys or firms who have appeared in this case.

Dated:  January 13, 2006

Respectfully submitted,

Counsel for Petitioner Zakirjan:

    Susan Baker Manning (CA # 197350)
    BINGHAM McCUTCHEN LLP
    1120 20th Street NW, Suite 800
    Washington, DC  20036-3406
    Telephone:   (202) 778-6150
    Facsimile:    (202) 778-6155

    /s/ Neil McGaraghan
    P. Sabin Willett (MA # 542519)
    Neil McGaraghan (MA # 649704)
    Jason S. Pinney (MA # 658853)
    BINGHAM McCUTCHEN LLP
    150 Federal Street
    Boston, MA  02110-1726
    Telephone:   (617) 951-8000
    Facsimile:    (617) 951-8925