UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

ZAKIRJAN,

    Petitioner/Plaintiff,

v.

GEORGE W. BUSH, *et al*.,

    Respondents/Defendants.

Case No. 05 cv 2053 (HHK)

## CERTIFICATION OF REPRESENTATION WITHOUT COMPENSATION

Pursuant to Local Rule 83.2(g), the below-listed counsel for Petitioner Zakirjan ("Petitioner") certify that they are representing Petitioner without compensation.

Dated: January 13, 2006

Respectfully submitted,

Counsel for Petitioner Zakirjan:

    Susan Baker Manning (CA # 197350)
    BINGHAM McCUTCHEN LLP
    1120 20th Street NW, Suite 800
    Washington, DC 20036-3406
    Telephone: (202) 778-6150
    Facsimile: (202) 778-6155

    /s/ Neil McGaraghan
    P. Sabin Willett (MA # 542519)
    Neil McGaraghan (MA # 649704)
    Jason S. Pinney (MA # 658853)
    BINGHAM McCUTCHEN LLP
    150 Federal Street
    Boston, MA 02110-1726
    Telephone: (617) 951-8000
    Facsimile: (617) 951-8925

LITDOCS/627580.1