**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| ZAKIRJAN,<br><br>    Petitioner/Plaintiff,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>    Respondents/Defendants. | Case No. 05 Cv 2053 (HHK) |

**DECLARATION OF CHRISTOPHER P. MOORE**

Pursuant to 28 U.S.C. § 1746, Christopher P. Moore declares as follows:

1.   I am a member of the Bar of the United States District Court for the Southern District of New York and an associate of Cleary Gottlieb Steen & Hamilton LLP, counsel for Petitioner.

2.   I submit this declaration in support of Petitioner's Emergency Motion to Render Access to Client Meaningful by Compelling Respondents to Produce Information Concerning Combatant Status Review Tribunal and Administrative Review Board Proceedings.

3.   Attached hereto as Exhibit A is a true and correct copy of email correspondence between Christopher P. Moore, Esq., counsel for Petitioner, and Andrew I. Warden, Esq., counsel for Respondents.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 6, 2006, in New York, New York.

                                      /s/
                              CHRISTOPHER P. MOORE