

**Christopher Moore/NY/Cgsh**
03/04/2006 02:03 PM

To: "Andrew.Warden@usdoj.gov" <Andrew.Warden@usdoj.gov>
cc: "ggutierrez@ccr-ny.org" <ggutierrez@ccr-ny.org>, NY-Zakirjan Team
bcc:
Subject: RE: Zakirjan (05 cv 2053)

Andrew,

The documents posted on the website you reference below do not appear to be organized in any meaningful manner. Nor are they text-searchable, making it impossible for me to locate documents relevant to our client without reviewing each of the thousands of pages that have been posted. Will you please do me the courtesy of directing me to each of the sections that relate to our client (Zakirjan, ISN 672)?

Thanks,
Chris

_____

Christopher Moore
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Tel.: 212-225-2868
Fax: 212-225-3999

"Andrew.Warden@usdoj.gov" <Andrew.Warden@usdoj.gov>



"Andrew.Warden@usdoj.gov"
<Andrew.Warden@usdoj.gov>
03/04/2006 01:49 PM

To: "CMoore@cgsh.com" <CMoore@cgsh.com>
cc: "ggutierrez@ccr-ny.org" <ggutierrez@ccr-ny.org>, "NY-Zakirjan_Team@cgsh com" <NY-Zakirjan_Team@cgsh.com>
Subject: RE: Zakirjan (05 cv 2053)

```
Chris,

Following up on my e-mail from Friday, the AP FOIA release is now available
online.  http://www.defenselink.mil/pubs/foi/detainees/csrt/index.html

Andrew

-----Original Message-----
From: CMoore@cgsh.com [mailto:CMoore@cgsh.com]
Sent: Friday, March 03, 2006 5:10 PM
To: Warden, Andrew (CIV)
Cc: ggutierrez@ccr-ny.org; NY-Zakirjan_Team@cgsh.com
```

Subject: RE: Zakirjan (05 cv 2053)

Andrew,

Please see attached.

Best regards,
Chris

_____
Christopher Moore
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Tel.:  212-225-2868
Fax:   212-225-3999




"Andrew.Warden@usdoj.gov" <Andrew.Warden@usdoj.gov>
03/03/2006 04:11 PM

To
"CMoore@cgsh.com" <CMoore@cgsh.com>
cc
"ggutierrez@ccr-ny.org" <ggutierrez@ccr-ny.org> Subject
RE: Zakirjan (05 cv 2053)




Chris,

I'm writing in response to your e-mail below and your phone call this
afternoon.  Respondents are not in a position to accede to your request for
production of all ARB and CSRT records in this habeas litigation. That said,
it is our understanding that the Department of Defense will be uploading all
documents released pursuant to the AP FOIA litigation to their website on
Monday, if not sooner.

Best regards,

Andrew

Andrew I. Warden
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch 20 Massachusetts Ave., NW, Room 6120
Washington, DC 20530
Tel: 202.616.5084

-----Original Message-----
From: CMoore@cgsh.com [mailto:CMoore@cgsh.com]
Sent: Monday, February 27, 2006 8:37 PM
To: Warden, Andrew (CIV)
Cc: ggutierrez@ccr-ny.org
Subject: Zakirjan (05 cv 2053)

Andrew,

In connection with our representation of Zakirjan Hassan (ISN 672), I write to request production of the following documents:

All documents contained within Zakirjan's Combatant Status Review Tribunal (CSRT) file; and
All documents contained within Zakirjan's Administrative Review Board (ARB) file, in the event any such file exists.
It is beyond dispute that the Office for the Administrative Review of the Detention of Enemy Combatants (OARDEC) maintains separate files for each CSRT and ARB at its headquarters in Arlington, Virginia.  See Declaration of Teresa A. McPalmer dated June 25, 2005, ¶ 3, Associated Press v. United States Department of Defense (05 Civ. 3941)(JSR) (regarding the maintenance of CSRT files); Declaration of Karen L. Hecker dated February 22, 2006, ¶ 4b, Associated Press v. United States Department of Defense
(05 Civ. 5468)(JSR) (regarding the maintenance of ARB files).  As you are aware, the government was recently ordered to produce CSRT documents concerning Zakirjan and other detainees to the Associated Press, and has elected not to appeal that ruling.  See Order dated February 22, 2006, Associated Press v. United States Department of Defense (05 Civ. 3941)(JSR) (ordering government to produce "unredacted transcripts and related documents by no later than March 3, 2006.") (emphasis added).
Accordingly, there could be no rational basis for refusing to produce all information related to CSRT and/or ARB proceedings involving Zakirjan (whether located in the files maintained at OARDEC headquarters in Arlington, Virginia or elsewhere).
Ms. Gitanjali Gutierrez, our co-counsel in this matter, will be meeting with Zakirjan during her visit to Guantanamo from March 8 to March 16, 2006.  We therefore request production of the above documents no later than March 3, 2006, the same day the government will be making its production in the Associated Press litigation, so that we have sufficient time to review these documents prior to Ms. Gutierrez's departure on March 8, 2006.

Please advise me as soon as possible whether the government will agree to produce this information on or before March 3.  If not, we will have no choice but to raise this issue with the Court.

Best regards,
Chris

_____
Christopher Moore
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Tel.:  212-225-2868
Fax:   212-225-3999

This message is being sent from a law firm and may contain confidential or privileged information.  If you are not the intended recipient, please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy.



This message is being sent from a law firm and may contain confidential or privileged information.  If you are not the intended recipient, please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy.