PREVIOUSLY FILED WITH CSO
AND CLEARED FOR PUBLIC FILING

## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| ZAKIRJAN,<br><br>    Petitioner/Plaintiff,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>    Respondents/Defendants. | Case No. 05 Cv 2053 (HHK) (AK) |

### DECLARATION OF CHRISTOPHER P. MOORE

Pursuant to 28 U.S.C. § 1746, Christopher P. Moore declares as follows:

1.    I am a member of the Bar of the United States District Court for the Southern District of New York and an associate of Cleary Gottlieb Steen & Hamilton LLP, counsel for Petitioner.

2.    I submit this declaration in support of the Motion to Modify the Court's November 21, 2005 Order Requiring 30 Days' Notice Before Petitioner is Transported or Removed.

3.    Attached hereto as Exhibit A is a true and correct copy of the government's Emergency Motion to Dismiss as Moot, filed in Qassim v. Bush, No. 05-5477 (D.C. Cir.).

4.    Attached hereto as Exhibit B is a true and correct copy of the May 16, 2006, Declaration of Sabin Willett in Connection with Status Report Concerning Petitioners-Appellants and Request for Briefing Schedule, filed in Qassim v. Bush, 05-5477 (D.C. Cir.).

5.    Attached hereto as Exhibit C is a true and correct copy of the Order, dated Sept. 13, 2005, entered in Kiyemba v. Bush, 05-1509 (RMU) (D.D.C.).

2

      6. Attached hereto as Exhibit D is a true and correct copy of the Declaration of Samuel M. Witten, dated May 5, 2006, filed in <u>Qassim v. Bush</u>, No. 05-5477 (D.C Cir.).

      7. Attached hereto as Exhibit E is a true and correct copy of the United Nation Committee Against Torture's report, <u>Consideration of Reports Submitted by States Parties Under Article 19 of the Convention: Conclusions and recommendations of the Committee against Torture: United States of America</u>, CAT/C/USA/CO/2 (Advanced Unedited Version), dated May 18, 2006.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 25, 2006, in New York, New York.

                                                             /s/
                                      CHRISTOPHER P. MOORE