I, Samuel M. Witten, pursuant to 28 U.S.C. § 1746, hereby declare and say as follows:

1. I am the Acting Director of the Department of State's Office of War Crimes Issues and have supervised this office since December 2005. In this capacity I advise the Secretary of State directly and help formulate the U.S. policy response to serious violations of the law of armed conflict committed in areas of conflict throughout the world. I have been a career member of the Senior Executive Service since March 1997. One of my responsibilities is to engage foreign governments regarding persons who have been captured in connection with the armed conflict with the Taliban and al Qaida and who are detained at the U.S. Naval Base at Guantanamo Bay, Cuba (hereinafter "Guantanamo"). In that capacity I hereby provide this report on the success of the diplomatic efforts made to resettle Petitioners-Appellants Abu Bakker Qassim and Adel Abdu' Al-Hakim (hereinafter "Petitioners"), Chinese nationals of Uighur ethnicity who were previously held under U.S. control at Guantanamo. I make these statements based upon my personal knowledge and upon information made available to me in the performance of my official duties.

2. Petitioners are no longer in the custody and control of the United States. On May 5, 2006, the United States released Petitioners, ethnic Uighur Chinese nationals, to Albania for resettlement there as refugees. While their refugee status is being processed, Petitioners are being housed at the National Accommodation Center for Asylum Seekers in Tirana, which is operated by the Albanian Interior Ministry in conjunction with the United Nations High Commission for Refugees. Petitioners are being provided food, clothing, financial assistance as appropriate, and telephone access, and can apply for a work permit should they wish to seek employment. As applicants for refugee status,

Petitioners are free to travel around Albania, and once refugee status has been granted will be free to apply for travel documents permitting overseas travel.

3. The State Department is satisfied that Albania's human rights record, specifically on torture, permits release of the ethnic Uighurs for resettlement there. Significantly, the United States has obtained credible assurances from Albania's government that Petitioners will not be involuntarily returned to the People's Republic of China, and will be treated humanely by the Government of Albania while in its jurisdiction. In addition, Albania is located in Europe, which Petitioners indicated in a letter to Secretary of State Condoleezza Rice dated January 19, 2006, was their preferred re-settlement destination. Albania also has a significant population of Muslims, easing Petitioners' cultural adjustment.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on 5 May 2006.

_____
Samuel M. Witten