UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

ZAKIRJAN,

    Petitioner/Plaintiff,

v.

GEORGE W. BUSH, *et al.*,

    Respondents/Defendants.

Case No. 05-Cv-2053 (HHK) (AK)

## NOTICE OF FILING

TO THE COURT AND COUNSEL FOR RESPONDENTS:

PLEASE TAKE NOTICE THAT, in compliance with Judge Green's November 8, 2004 Amended Protective Order, and December 10, 2004 Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order, Petitioner has today submitted the following document to the Court's designated Court Security Officer:

> Reply Memorandum in Further Support of Petitioner's Motion to Modify the Court's November 21, 2005 Order Requiring 30 Days' Notice Before Petitioner is Transported or Removed.

Dated: June 21, 2006

Respectfully submitted,

Counsel for Petitioner Zakirjan:

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: _____/s/_____
    Jonathan I. Blackman (NY3846)
One Liberty Plaza
New York, New York 10006
(212) 225-2000

2

Of Counsel:
  Christopher P. Moore (NY4936)
  John Van Sickle (NY6487)
  Lia Monahon (NY6366)
  Patrick A. Sheldon (NY1598)

                    CENTER FOR CONSTITUTIONAL RIGHTS
                    Barbara Olshansky (NY0057)
                    Gitanjali S. Gutierrez (NY1234)
                    666 Broadway, 7th Floor
                    New York, New York 100012
                    Tel: (212) 614-6437
                    Fax: (212) 614-6499