UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZAKIRJAN,<br><br>      Petitioner/Plaintiff,<br><br>  v.<br><br>GEORGE W. BUSH, et al.,<br><br>      Defendants. | Civil Action 05-02053 (HHK) |

**ORDER**

Before the court is petitioners' "Motion to Modify the Court's November 21, 2005 Order Requiring 30 Days' Notice Before Petitioner is Transferred or Removed" (Dkt. # 51). Upon consideration of the motion, the opposition thereto, and the record of this case, it is this 1st day of August, 2006, hereby

**ORDERED** that petitioners' motion is **GRANTED**; and it is further

**ORDERED** that respondents shall provide petitioners' counsel and the court with 30 days' notice prior to releasing petitioner from Guantánamo Bay Naval Base. Such notice shall be filed under seal.

                     Henry H. Kennedy, Jr.
                     United States District Judge