UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

ZAKIRJAN,

    Petitioner/Plaintiff,

v.

GEORGE W. BUSH, *et al.*,

    Respondents/Defendants.

Case No. 05-Cv-2053 (HHK) (AK)

## NOTICE OF FILING

TO THE COURT AND COUNSEL FOR RESPONDENTS:

PLEASE TAKE NOTICE THAT, in compliance with Judge Green's November 8, 2004 Amended Protective Order, and December 10, 2004 Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order, Petitioner has today submitted the following document for delivery by Federal Express to the Court's designated Court Security Officer:

    Motion to Vacate the March 16, 2006 Stay Order.

Dated: August 10, 2006

Respectfully submitted,

Counsel for Petitioner Zakirjan:

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: _____/s/_____
    Jonathan I. Blackman (NY3846)
One Liberty Plaza
New York, New York 10006
(212) 225-2000

2

Of Counsel:
  Christopher P. Moore (NY4936)
  John Van Sickle (NY6487)
  Lia Monahon (NY6366)
  Patrick A. Sheldon (NY1598)

                                          CENTER FOR CONSTITUTIONAL RIGHTS
                                          Barbara Olshansky (NY0057)
                                          Gitanjali S. Gutierrez (NY1234)
                                          666 Broadway, 7th Floor
                                          New York, New York 100012
                                          Tel: (212) 614-6437
                                          Fax: (212) 614-6499