IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ZAKIRJAN,

    Petitioner,

v.

GEORGE W. BUSH, et al.,

    Respondents.

Civil Action No. 05-2053 (HKK)

## NOTICE OF APPEAL

NOTICE is hereby given that respondents George W. Bush, President of the United States, Donald Rumsfeld, Secretary, United States Department of Defense, Army Brigadier Gen. Jay Hood, Commander, Joint Task Force-GTMO, and Army Col. Mike Bumgarner, Commander, Joint Detention Operations Group (i.e., all respondents herein), hereby appeal to the United States Court of Appeals for the District of Columbia Circuit the Court's Order dated August 4, 2006 (dkt. no. 57) ordering that respondents provide petitioner's counsel and the Court with thirty days' advance notice prior to releasing petitioner from Guantanamo Bay Naval Station.

Dated: August 14, 2006

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

*/s/ Marc A. Perez*
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
PREEYA M. NORONHA
EDWARD H. WHITE
ROBERT J. KATERBERG
ANDREW I. WARDEN
NICHOLAS J. PATTERSON
MARC A. PEREZ
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Tel: (202) 514-4505
Fax: (202) 616-8202


Attorneys for Respondents

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of August 2006, I caused the foregoing Notice of Appeal to be served via electronic mail on counsel for petitioner in this case as follows:

Jonathan I. Blackman
CLEARY, GOTTLIEB, STEEN & HAMILTON
One Liberty Plaza
New York, NY 10006-1470
Email: jblackman@cgsh.com

Neil McGaraghan
BINGHAM MCCUTCHEN LLP
150 Federal Street
Boston, MA 02110-1726
Email: neil.mcgaraghan@bingham.com

*/s/ Marc A. Perez*
MARC A. PEREZ
United States Department of Justice
Civil Division, Federal Programs Branch
One of the Attorneys for Respondents