UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

**ZAKIRJAN,**

          **Petitioner**

v.

**GEORGE W. BUSH, et al.,**

          **Respondents.**

Civil Action No. 05-2053 (HHK)

---

## ORDER

Before the court is petitioner's "Motion to Vacate the Order Staying the Case." (Dkt. #59). Upon consideration of the motion and the record of this case, it is this 18th day of August, 2006, hereby

**ORDERED,** that petitioner's "Motion to Vacate the Order Staying the Case" (Dkt. # 59) is **GRANTED**.


                                            Henry H. Kennedy, Jr.
                                            United States District Judge