PREVIOUSLY FILED WITH CSO
AND CLEARED FOR PUBLIC FILING

## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| ZAKIRJAN, *et al.*, <br><br> Petitioner/Plaintiff, <br><br> v. <br><br> GEORGE W. BUSH, *et al.*, <br><br> Respondents/Defendants. | Case No. 05 Cv 2053 (HHK) (AK) |

**DECLARATION OF CHRISTOPHER P. MOORE IN SUPPORT OF PETITIONER'S MOTION FOR ORDER 1) GRANTING WRIT OF HABEAS CORPUS, 2) DECLARING THE CONTINUED DETENTION OF PETITIONER UNLAWFUL AND 3) SCHEDULING A HEARING ON SEPTEMBER 6, 2006 TO ADDRESS THE CIRCUMSTANCES UNDER WHICH PETITIONER SHALL BE RELEASED**

Pursuant to 28 U.S.C. § 1746, Christopher P. Moore declares as follows:

1. I am a member of the Bar of the United States District Court for the Southern District of New York and an associate of Cleary Gottlieb Steen & Hamilton LLP, counsel for Petitioner.

2. I submit this declaration in support of Petitioner's Motion for Order 1) Granting Writ of Habeas Corpus, 2) Declaring the Continued Detention of Petitioner Unlawful and 3) Scheduling a Hearing on September 6, 2006 to Address the Circumstances Under Which Petitioner Shall be Released.

3. I attach true and accurate copies of the following documents as Exhibits 1 through 3:

| Exhibit | Document |
|---|---|
| 1. | Memorandum of Law in Support of Petitioner's Emergency Motion for Immediate Release and/or Production of the Body, dated December 16, 2005 (docket no. 30). |

2.        Respondents' Opposition to Petitioner's Emergency Motion for Immediate Release and/or Production of the Body, dated December 30, 2005 (docket no. 33-1).

3.        Reply Memorandum of Law in Further Support of Petitioner's Emergency Motion for Immediate Release and/or Production of the Body, dated January 12, 2006 (docket no. 37).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 31, 2006, in New York, New York.

*[signature]*

CHRISTOPHER P. MOORE