IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ZAKIRJAN, *et al.*, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-2053 (HHK) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) | |
| Respondents. | ) ) | |

**[PROPOSED] ORDER**

This matter is before the Court upon petitioner's Motion for Order 1) Granting Writ of Habeas Corpus, 2) Declaring the Continued Detention of Petitioner Unlawful, and 3) Scheduling a Hearing on September 6, 2006 To Address the Circumstances Under Which Petitioner Shall Be Released (dkt. no. 63).  Upon consideration of the parties' respective submissions in support of and in opposition to petitioners' motion, IT IS HEREBY ORDERED THAT:

Petitioners' motion is denied.

											_____
											HON. HENRY H. KENNEDY
											UNITED STATES DISTRICT JUDGE

Copies to:   Terry M. Henry
		United States Department of Justice
		P.O. Box 883
		Washington, D.C.  20044

		Jonathan I. Blackman
		Cleary, Gottlieb, Steen & Hamilton, LLP
		One Liberty Plaza
		New York, New York 10006