UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

ZAKIRJAN,

    Petitioner/Plaintiff,

v.

GEORGE W. BUSH, *et al.*,

    Respondents/Defendants.

Case No. 05-Cv-2053 (HHK) (AK)

## NOTICE OF FILING

TO THE COURT AND COUNSEL FOR RESPONDENTS:

PLEASE TAKE NOTICE THAT, in compliance with Judge Green's November 8, 2004 Amended Protective Order, and December 10, 2004 Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order, Petitioner has today submitted the following document to the Court's designated Court Security Officer:

- Notice of Supplemental Authority in Support of Petitioner's Motion for Order 1) Granting Writ of Habeas Corpus, 2) Declaring the Continued Detention of Petitioner Unlawful and 3) Scheduling a Hearing on September 6, 2006 to Address the Circumstances Under Which Petitioner Shall Be Released

Dated: September 14, 2006

Respectfully submitted,

Counsel for Petitioner Zakirjan:

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: _____/s/_____
    Jonathan I. Blackman (NY3846)
One Liberty Plaza
New York, New York 10006
(212) 225-2000

Of Counsel:
  Christopher P. Moore (NY4936)
  John Van Sickle (NY6487)
  Lia Monahon (NY6366)
  Patrick A. Sheldon (NY1598)

                        CENTER FOR CONSTITUTIONAL RIGHTS
                        Barbara Olshansky (NY0057)
                        Gitanjali S. Gutierrez (NY1234)
                        666 Broadway, 7th Floor
                        New York, New York 100012
                        Tel: (212) 614-6437
                        Fax: (212) 614-6499