IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ZAKIRJAN, *et al.*,<br><br>      Petitioners,<br><br>      v.<br><br>GEORGE W. BUSH,<br>      President of the United States,<br>      *et al.*,<br><br>      Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 05-CV-2053 (HHK) |

## NOTICE OF FILING OF PROTECTED INFORMATION

NOTICE is hereby given that, pursuant to the protective orders entered herein by the Court's Order of January 12, 2006 (dkt no. 36), respondents have filed with the Court Security Office a submission which they seek to have designated as "protected information" pursuant to the protective orders. The submission cannot be described in any greater detail without disclosing the substance of the protected information. As required by the protective orders (*see* November 10, 2004 Order Addressing Designation Procedures for "Protected Information"), respondents have disclosed the protected information to petitioners' counsel and are conferring with counsel in an attempt to reach an agreement regarding the designation of the information prior to filing a motion with the Court; following the outcome of that conferral, respondents will file an appropriate motion with the Court to have the information designated as "protected."

Dated: November 7, 2006                    Respectfully submitted,

                                              PETER D. KEISLER
Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

   /s/ Andrew I. Warden
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
PREEYA M. NORONHA
ROBERT J. KATERBERG
ANDREW I. WARDEN (IN Bar. No. 23840-49)
NICHOLAS J. PATTERSON
EDWARD H. WHITE (D.C. Bar No. 468531)
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 514-4107
Fax:  (202) 616-8470

Attorneys for Respondents