UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZAKIRJAN,<br><br>                Petitioner,<br><br>        v.<br><br>GEORGE W. BUSH, et al.,<br><br>                Respondents. | Civil Action 05-02053 (HHK) |

### ORDER TO SHOW CAUSE

On November 13, 2006, the parties in this case notified the court that "respondents intend to release petitioner from the custody of the United States." Joint Stipulation and Order at 1. Accordingly, it is this 20th day of November, 2006, hereby

**ORDERED** that the petitioner shall show cause in writing, in a submission that shall be filed no later than December 20, 2006, why this case should not be dismissed on the grounds that it has become moot.

                                                                        Henry H. Kennedy, Jr.
                                                                        United States District Judge