IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ZAKIRJAN, *et al.*, ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Civil Action No. 05-2053 (HHK) |
| ) | |
| GEORGE W. BUSH, ) | |
| President of the United States, ) | |
| *et al.*, ) | |
| ) | |
| Respondents. ) | |
| ) | |

**NOTICE OF TRANSFER OF PETITIONER AND WITHDRAWAL OF REQUEST FOR
DESIGNATION OF CERTAIN INFORMATION AS PROTECTED INFORMATION**

Respondents hereby provide notice that petitioner Zakirjan, previously determined to be no longer classified as an enemy combatant, has been transferred to the Government of Albania for release and released from United States custody.

In the Stipulation and Order filed with the Court under seal on November 13, 2006 (dkt. no. 74) ("Stipulation and Order"), the parties agreed that, pursuant to the protective orders entered by the Court's Order of January 12, 2006 (dkt no. 36), Respondents' Notice Pursuant To Court's August 4, 2006 Order (filed under seal on November 7, 2006; see dkt. no. 73) ("Notice"), as well as the Stipulation and Order, would be designated as "Protected Information" pending notice by respondents that the transfer of petitioner to the Government of Albania has been completed. Accordingly, the transfer having taken place, respondents hereby withdraw their request to have the Notice and Stipulation and Order treated as protected information.[1]

---

[1] Consistent with this withdrawal, respondents have no objection to the Notice and Stipulation and Order being unsealed and placed on the public record.

Dated: November 20, 2006        Respectfully submitted,

        PETER D. KEISLER
        Assistant Attorney General

        DOUGLAS N. LETTER
        Terrorism Litigation Counsel

        /s/ Robert J. Katerberg
        JOSEPH H. HUNT (D.C. Bar No. 431134)
        VINCENT M. GARVEY (D.C. Bar No. 127191)
        TERRY M. HENRY
        JAMES J. SCHWARTZ
        PREEYA M. NORONHA
        ROBERT J. KATERBERG
        ANDREW I. WARDEN
        NICHOLAS J. PATTERSON
        EDWARD H. WHITE
        United States Department of Justice
        Civil Division, Federal Programs Branch
        20 Massachusetts Ave., N.W.
        Washington, DC  20530
        Tel:  (202) 514-4107
        Fax:  (202) 616-8470

        Attorneys for Respondents