APPROVED FOR PUBLIC FILING
BY THE CSO

# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| ZAKIRJAN,<br><br>    Petitioner/Plaintiff,<br><br>v.<br><br>GEORGE W. BUSH, *et al*.,<br><br>    Respondents/Defendants. | Case No. 05-Cv-2053 (HHK) (AK)<br><br>**PETITIONER'S NOTICE OF DISMISSAL** |

   PLEASE TAKE NOTICE THAT Petitioner Zakirjan Hassam, by and through his undersigned counsel, hereby dismisses the Petition without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: December 19, 2006

Respectfully submitted,

Counsel for Petitioner:

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By:  /s/
   Jonathan I. Blackman (NY3846)
One Liberty Plaza
New York, New York 10006
(212) 225-2000

Of Counsel:
  Christopher P. Moore (NY4936)
  John Van Sickle (NY6487)
  Lia Monahon (NY6366)
  Patrick A. Sheldon (NY1598)

CENTER FOR CONSTITUTIONAL RIGHTS
Barbara Olshansky (NY0057)
Gitanjali S. Gutierrez (NY1234)
666 Broadway, 7th Floor
New York, New York 100012
Tel: (212) 614-6437
Fax: (212) 614-6499